No. 35,329

CARSON STARKE, a Minor, et al., *Appellees*, v. MYRTLE E. STARKE, an Insane Person, by TUDOR W. HAMPTON, Guardian *Ad Litem*, et al., *Appellants*.

Opinion filed February 4, 1942.

*Tudor W. Hampton,* of Great Bend, was on the briefs for the appellants.

*Wm. Osmond, T. B. Kelley, Fred L. Conner,* all of Great Bend, *Wm. H. Zwick* and *Howard Davis,* both of Ponca City, Okla., were on the briefs for the appellees.

*Per Curiam:* The judgment of the district court is reversed on the ground that it had no jurisdiction.

The mandate of this court will issue forthwith. A formal opinion will follow when it can be prepared.